BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10006
(212) 885-5149



ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USL SHIPPING FZE,

        Plaintiff,

v.

JINYANG SHIPPING CO., LTD.,

        Defendant.

07 Civ. 9646 (AKH)

**NOTICE OF DISMISSAL PURSUANT TO F. R. CIV. P. RULE 41(a)(1) AND ORDER THEREON**

    WHEREAS Plaintiff, USL SHIPPING FZE ("USL"), filed a complaint alleging that the defendant JINYANG SHIPPING CO., LTD. ("JINYANG") cannot be found within this district, and the Court, having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure existed, issued a process of maritime attachment and garnishment.

    WHEREAS JINYANG neither answered the Complaint nor appeared in the action.

    WHEREAS certain funds were attached at the garnishee banks.

128567.00601/6610794v.1

NOW USL hereby consents to dismiss the action pursuant to F. R. Civ. P. Rule 41(a)(1) and consents to dismissal of the garnishment and attachment orders served on all garnishee banks.

Dated: New York, NY
       January 23, 2008

                                  Respectfully submitted,
                                  BLANK ROME, LLP
                                  Attorneys for Plaintiff

                                  By _____
                                  Jeremy J.O. Harwood (JH 9012)
                                  405 Lexington Avenue
                                  New York, NY 10174
                                  Tel.: (212) 885-5000

DATED:    New York, NY
                 January   , 2008

                            SO ORDERED  2/5/08

                            _____
                            HON. ALVIN K. HELLERSTEIN
                            U.S.D.J.